# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LAUSTEVEION JOHNSON, | Case No. 3:22-CV-00278-ART-CLB |
| Plaintiff, | **ORDER STAYING PROCEEDINGS** |
| v. | |
| FLAMM, *et al.*, | |
| Defendants. | |

This case is currently scheduled for a global settlement conference, which will occur on October 5, 2023. (*See* ECF No. 37.) Based on the upcoming global settlement conference, the Court, in the exercise of its sound discretion finds that a brief stay of these proceedings is appropriate.

Accordingly, **IT IS ORDERED** that this action is **STAYED** until further order of the Court.

**IT IS SO ORDERED.**

**DATED**: August 28, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**