UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON, | Case No. 3:22-cv-00278-ART-CLB |
| Plaintiff, | **ORDER GRANTING** |
| v. | |
| FLAMM, *et al.*, | STIPULATION FOR DISMISSAL |
| Defendants. | |

    Plaintiff, Lausteveion Johnson, in *pro se*, and all Defendants named in this case, by through counsel, Aaron D. Ford, Nevada Attorney General, and Andrew C. Nelson, Deputy Attorney General, hereby

///

///

///

///

///

///

///

///

///

1  stipulate that above-captioned matter should be dismissed with prejudice by order of this
2  Court, with each party to bear their own costs.
3  DATED this  5  day of October, 2023.                    DATED this 5th day of October, 2023.

/s/ *signature* 
LAUSTEVEION JOHNSON
*Plaintiff, pro se*

/s/ *Andrew C. Nelson*
ANDREW C. NELSON, Bar No. 15971
Deputy Attorney General
*Attorney for the Defendants*

**IT IS SO ORDERED.**

*signature*

Anne R. Traum
United States District Judge

DATED: <u>November 16, 2023.</u>

Page **2**